**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 23, 2014

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 13-6486, *Laborers' Local 265 Pension, et al v. iShares Trust, et al*
Originating Case No. : 3:13-cv-00046

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Mr. Jeremy Asher Berman
Mr. William Gregory Brown
Ms. Jenny Lyne Dixon
Mr. John R. Jacobson
Mr. Joey Paul Leniski Jr.
Mr. Milton S. McGee III
Mr. Charles Mark Pickrell
Mr. Bruce Harvey Schneider
Mr. Seth M. Schwartz
Mr. Michael G. Stewart
Mr. James G. Stranch III
Mr. James Gerard Stranch IV

Mr. John Mark Tipps
Mr. Michael J. Wall

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-6486

_____

Filed: October 23, 2014

LABORERS' LOCAL 265 PENSION FUND; PLUMBERS AND PIPEFITTERS LOCAL NO. 572 PENSION FUND

    Plaintiffs - Appellants

v.

ISHARES TRUST; ISHARES, INC.; ISHARES RUSSELL MIDCAP INDEX FUND; ISHARES MSCI EAFE INDEX FUND; ISHARES MSCI EMERGING MARKETS INDEX FUND; ISHARES RUSSELL 2000 GROWTH INDEX FUND; ISHARES RUSSELL 2000 VALUE INDEX FUND; ISHARES CORE S&P MID CAP INDEX FUND; ISHARES CORE S&P SMALL CAP INDEX FUND; ISHARES DOW JONES US REAL ESTATE INDEX FUND; BLACKROCK FUND ADVISORS; BLACKROCK INSTITUTIONAL TRUST COMPANY; ROBERT S. KAPITO; MICHAEL LATHAM; ROBERT H. SILVER; GEORGE G.C. PARKER; JOHN E. MARTINEZ; CECILIA H. HERBERT; CHARLES A. HURTY; JOHN E. KERRIGAN; MADHAV V. RAJAN

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/30/2014 the mandate for this case hereby issues today.

COSTS: None